UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
      :
FERNANDO BALBUENO REYES, *et al.*,  :
      :
                      Plaintiffs,  :
      :       16-CV-6783 (JPO)
          -v-      :
      :       <u>ORDER</u>
OMNITY CONSULTING LLC (d/b/a HARLEM :
SHAKE), *et al.*,  :
      :
                      Defendants. :
-----------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 29.) The proposed settlement is for $37,500.00, of which Plaintiffs will receive $25,125.00. (*Id.*) The remaining $12,375.00—constituting 33% of the settlement—will cover attorneys' fees and costs. (*Id.*)

      The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). To that end, the proposed settlement at Docket Number 29 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: June 29, 2017
      New York, New York

                                            J. PAUL OETKEN
                                       United States District Judge